IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEE E. BROWN,

Defendant.                                                                No. 09-30155-DRH

### ORDER

**HERNDON, Chief Judge:**

      This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Lee E. Brown, pursuant to **28 U.S.C. § 636**, **LOCAL RULE 72.1(b)(2)** and Defendant Lee E. Brown's consent (Doc. 17).  Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on January 15, 2010 (Doc. 18).  During the change of plea, Defendant plead guilty to Count 1 of the Indictment, possession with intent to distribute more than 50 grams of cocaine base in violation of **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)**, following a thorough colloquy with Judge Proud.  Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant's plea of guilty (Doc. 21).  In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen (14) days from the issuance of the Report to file written objections.  As of this date, neither party has filed objections.  Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, it is the finding of the Court in the case of *United States v. Lee E. Brown*, that Defendant Brown was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** Defendant Brown's guilty plea and **ADJUDGES** him **GUILTY** of Count 1 of the Indictment.  The Court **REMINDS** the parties that the sentencing is set for **April 30, 2010 at 2:30 p.m.**

**IT IS SO ORDERED.**

Signed this 3rd day of February, 2010.

/s/  *DavidRHerndon*
**Chief Judge**
**United States District Court**