IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEE E. BROWN,

Defendant.                                                   No. 09-30155-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue sentencing hearing (Doc. 26) filed by Defendant Lee Brown. Defendant Brown requests that his sentencing currently set for April 30, 2010 be continued for at least sixty (60) days in order to determine the status of Senate Bill S. 1789. Defendant submits that the passage of the bill might affect the mandatory minimum sentence in this case. The Government has no objection to the Defendant's motion to continue sentencing hearing. Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing (Doc. 26). The Court **CONTINUES** the sentencing hearing currently scheduled for April 30, 2010 until **July 9, 2010 at 2:30 p.m.**

**IT IS SO ORDERED.** Signed this 27th day of April, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**