IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEE E. BROWN,

Defendant.                                                                 No. 09-30155-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is a Motion to Continue Sentencing Hearing (Doc. 29) filed by Defendant Lee E. Brown. Specifically, Defendant Brown requests that his sentencing hearing currently scheduled for July 16, 2010 be continued for at least thirty (30) days in order to determine the status of Senate Bill S. 1789. Defendant submits that the passage of the bill might affect the mandatory minimum sentence in this case. This is the second such continuance filed by Defendant Brown. The Government has no objection to the motion. Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing (Doc. 29). The Court **CONTINUES** the sentencing hearing currently scheduled for July 16,

2010 until **August 20, 2010 at 11:00 a.m.**

      **IT IS SO ORDERED.**

Signed this 13th day of July, 2010.

                              /s/   David R Herndon

                          **Chief Judge**
                          **United States District Court**