IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEE E. BROWN,

Defendant.                                          No.09-30155-DRH

**ORDER**

**HERNDON, Chief Judge:**

On August 20, 2010, the Court sentenced Defendant Lee E. Brown to 120 months.  As part of the judgment, Defendant Brown was ordered to pay $100 in special assessment and $4,241 in fines, the amount to be distributed from the currency obtained by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") during their search of Brown's residence on October 4, 2007 (See Doc. 25 ¶ 10).  The currency is currently in the possession of the ATF.  Accordingly, the Court **DIRECTS** the ATF to send the full amount of the currency obtained from Brown's residence, approximately $4,341, to the Clerk of the Court to satisfy Brown's special assessment and fine.  The Court further **ORDERS** the Clerk of the Court to divide the currency in order to satisfy the judgment, with $100 to go

towards the special assessment and the remainder to satisfy Defendant Brown's fines.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2010.

/s/     David R Herndon

**Chief Judge
United States District Court**