IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LEE E. BROWN,**

**Defendant.**                                                  **No. 09-30155-DRH**

## ORDER

**HERNDON, Chief Judge:**

On August 20, 2010, the Court sentenced Defendant Lee Brown to 120 months imprisonment on one count of possession with intent to distribute cocaine base in violation of **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(a)**. At the sentencing hearing, Defendant Brown acknowledged that he is now a convicted felon and as such cannot legally possess a firearm. Accordingly, he consented to the forfeiture of property, namely firearms. Therefore, the Court **ORDERS** Defendant to immediately turn over to the United States through a custodian designated by the United States Attorney's Office any and all firearms and ammunition possessed or owned by said defendant, unless said firearms and ammunition have already been placed into the custody of the United States. Said firearms and ammunition include, but are not limited to, the following:

**One Stallard Arms semiautomatic pistol, Model JS-9mm, bearing serial number 080812;
Two boxes of Winchester 9mm Luger ammunition.**

The Government or any person authorized by the Government shall destroy said firearms and ammunition. The Defendant hereby abandons all firearms and ammunition to be turned over pursuant to this Order and the Defendant's agreement or which may have already been in the custody of the United States, releases any and all rights to own or possess said firearms and ammunition to the United States, and releases and holds harmless the United States, all state and local governments, and all employees and agents of the United States and all state and local governments from any liability for the seizure and destruction of said firearms and ammunition and of any obligation to provide compensation for same. The Defendant further warranted in his Agreement that prior to the transfer of the firearms and ammunition to the United States, no person or entity other than the Defendant has any right, title, or interest, legal or equitable, to own or possess same.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2010.

/s/      *David R Herndon*
**Chief Judge**
**United States District Court**